1:25-MJ-00021 LDA

# AFFIDAVIT IN SUPPORT OF ARREST WARRANT AND COMPLAINT

I, Sean C. Jones, being duly sworn, state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent ("SA") of the Federal Bureau of Investigation ("FBI") and I have been employed as a Special Agent since October 2007. I am currently assigned to the Providence Resident Agency of the Boston Field Office of the FBI. As an FBI SA, I am responsible for the investigation of federal criminal offenses and have participated in the investigation of violent crime, domestic and international terrorism, white collar crime, and foreign counterintelligence. More specifically, these investigations have included bank robbery, mortgage fraud, human trafficking, assault on a federal officer, firearms violations, espionage, theft of trade secrets, and failure to register as the agent of a foreign power. I have conducted numerous investigative activities to include executing search and arrest warrants, interviews of victims, witnesses, suspects, and foreign diplomats, issuing and reviewing the returns of subpoenas, conducting physical and electronic surveillance, issuing National Security Letters, and executing Foreign Intelligence Surveillance Act warrants. I have received specialized training regarding investigative techniques, human source development, counterintelligence inquiries and evidence collection and preservation.

2. I am currently investigating Luis Sanchez Pardella ("Pardella"), DOB: (YOB 1986), for Transmitting a Threat in Interstate Commerce, in violation of 18 U.S.C. § 875(c) (the "Target Offense").

3. Based on my training and experience, I am aware that it is a violation of 18 U.S.C § 875(c) for any individual to knowingly transmit in interstate or foreign

commerce any communication containing any threat to kidnap or injure the person of another.

4. The facts stated herein are based on my own involvement with this investigation, as well as from information provided to me by other law enforcement officers involved in parallel investigations. This affidavit is being submitted for the limited purpose of establishing probable cause to believe that Pardella committed the Target Offense. Therefore, this document is not an inclusive representation of all facts known to me and/or other investigators concerning this investigation.

## PROBABLE CAUSE

5. Between July 2022 and February 2023, eight (8) individuals (collectively "the victims") – C.H., R.L., A.P-V., R.T., M.C., H.L., O.R.M., and R.F.[1] – advised the Middletown, Rhode Island, Police ("MPD") that a caller identified as Luis Sanchez Pardella left several menacing voicemails, some of which included an overt threat. The employees were former colleagues of Pardella at the Naval Undersea Warfare Center ("NUWC"), in Middletown, Rhode Island. Except for R.F., each employee was able to affirmatively identify Pardella through personal familiarity with his speaking voice. The primary threat message was left for H.L., in which Pardella stated that "I will kill you and your wife when I see you on the street." H.L. and other NUWC employees expressed fear and concern for their safety. These voicemails resulted in an investigation by MPD and ultimately resulted in an arrest warrant being issued for Pardella from the Rhode Island Second Division District Court.

6. On February 4, 2023, NUWC employee H.L. received a voicemail

---

[1] Your Affiant is aware of the names of these persons. They are provided herein in redacted format to comply with Fed. R. Crim. P. 49.1.

message from an individual whom H.L. identified as Pardella. The voice message referred to H.L. by name, calling him derogatory names in Spanish. In the message Pardella blamed H.L. for his termination from NUWC, and threatened H.L. and his wife stating, "I will kill you and your wife when I see you on the street." H.L. received a second voice message on February 6, 2023. This message contained reference to "our love," commenting on H.L.'s blue eyes, and wanting to take him out for dinner and to take a long trip with H.L. in New England. Pardella referred to H.L. as "his woman," and "his daddy," ending both messages with a distinct kissing noise. H.L. noted that in July 2022, Pardella was terminated from his employment at NUWC for performance issues. H.L knew Pardella from their common work at NUWC, was familiar with his voice and positively identified him as the person who left the threatening and harassing messages.

       7.       Between December 26, 2022, and February 15, 2023, officers of the Portsmouth Police Department ("PPD") received two phone calls from an individual later identified as Luis Pardella.  Pardella contacted and questioned a PPD officer on December 26, 2022, indicating that he knew the wife of one of the officers. Pardella then stated that the officer and his wife "will be going to jail" before abruptly ending the call.

       8.       On February 14, 2023, PPD Officer M.B.[2] received a phone call on the dispatch line for the PPD from an individual later identified as Pardella. Pardella asked "who is this?" to which Officer M.B. identified himself. Pardella then proceeded to ask Officer M.B. if he knew C.O., the recently married wife of PPD Officer R.C. Officer M.B. stated that he did not know C.O. Pardella then stated that "the Portsmouth Police

---

[2]Your Affiant is aware of the name of Officer M.B., the other PPD officers referred to in this paragraph and the following, and the name of C.O.  They are provided herein in redacted format to comply with Fed. R. Crim. P. 49.1.

Department is corrupt," and "write down, (name of C.O. redacted) is dead, write down. The wife of one of your cops is dead. Do you know who (name of C.O. redacted) is? Write down she is dead." After uttering this threat, Pardella ended the call.

9. About nine hours after Pardella's telephone call to the Portsmouth Police Department, he contacted the Portsmouth Town Hall general message line. The voicemail originated from the same cell number (239) 320-2308 as the telephone call to PPD, and in the message he stated that "the Portsmouth Police are racist and committing hate crimes and civil rights violations against minorities." The message also specifically mentioned Officer R.C. as one of those he was complaining about. While listening to the Portsmouth Town Hall message, PPD Sgt. J.F. recognized the voice as the same as the person, Luis Sanchez Pardella, who filed a complaint against Officer R.C. earlier in the year. The PPD submitted a request with TextNow, the application believed to be the text/voice application used by (239) 320-2308. TextNow responded with a username assigned to the number - "Cavaliersanchez." Cavaliersanchez@gmail.com was the email associated with the username, and PPD confirmed that "Cavaliersanchez@gmail.com" was the email address utilized by Pardella in his complaint filed with PPD. These telephone contacts resulted in an investigation by PPD and resulted in a second arrest warrant being issued for Pardella from the Rhode Island Second Division District Court charging threats to public officials.

10. Pardella was arrested upon his entry into the United States on January 19, 2025, by the JFK Airport Port Authority Police Department pursuant to arrest warrants issued by the Rhode Island Second Division District Court in 2023. At the time of Pardella's arrest, property was seized from him that included one cell phone. Also in his possession was a United States

passport. Records maintained by Customs and Border Protection establish that Pardella left the United States in 2023 and did not return prior to his January 19, 2025, arrest.

## CONCLUSION

11. Based on the aforementioned information, I respectfully submit there is probable cause to believe that from February 4, 2023, through on or about February 14, 2023, Luis O. Sanchez Pardella, knowingly transmitted in interstate or foreign commerce, any communication containing any threat to injure the person of another, in violation of 18 U.S.C § 875(c). Accordingly, I respectfully ask that the Court authorize the issuance of an arrest warrant and criminal complaint for Luis O. Sanchez Pardella (YOB: 1986).

Respectfully Submitted,

_____
Sean C. Jones
Special Agent, FBI

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

| April 9, 2025 | |
|---|---|
| *Date* | *Judge's signature* |
| **Providence RI** | |
| *City and State* | Lincoln D. Almond, U.S. Magistrate Judge |